Case No. 18-35053

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

KAYLA WILLIS, et al,

          Plaintiffs – Appellants,

v.

CITY OF SEATTLE, et al,

          Defendants – Appellees.

---

On Appeal From
United States District Court for the Western District of Washington
Case No. 2:17-cv-00077-RSM

---

**PLAINTIFFS – APPELLANTS' MOTION FOR LEAVE
TO CONVENTIONALLY FILE PHYSICAL EVIDENCE**

---

Pursuant to Ninth Circuit Rule 27-14, Plaintiffs-Appellants respectfully ask this Court to grant the instant motion to conventionally file 29 brief video files and one audio recording to be considered as part of the evidence in the above-captioned appeal. Each of these files were previously conventionally filed with the U.S. District Court for the Western District of Washington as exhibits to various declarations in

support of Plaintiffs' Motion for Preliminary Injunction [Doc. 93].[1] Due to the format of this evidence and the method of filing employed, these files are not accessible to this Honorable Court through the District Court's electronic docket system.

As this evidence that Plaintiffs-Appellants seek to conventionally file was considered by the District Court in connection with its ruling on Plaintiffs' Motion for Preliminary Injunction, one of the primary issues in the above captioned appeal, the inclusion of this evidence in these proceedings is necessary and will inure to the benefit of all parties and this Honorable Court.

RESPECTFULLY SUBMITTED and DATED this 24th day of May, 2018.

                              TERRELL MARSHALL LAW
                                GROUP PLLC

                              By: /s/ Toby J. Marshall, WSBA #32726
                                  Toby J. Marshall, WSBA #32726
                                  Email: tmarshall@terrellmarshall.com
                                  936 North 34th Street, Suite 300
                                  Seattle, Washington 98103
                                  Telephone: (206) 816-6603
                                  Facsimile: (206) 319-5450

---

[1] See Notice of Filing of CD Containing Audio/Video Recordings [Docs. 124 and 190].

Breanne M. Schuster, WSBA #49993
Email: bschuster@aclu-wa.org
Nancy L. Talner, WSBA #11196
Email: ntalner@aclu-wa.org
AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

Eric A. Lindberg
Email: elindberg@corrcronin.com
Kristina Markosova
Email: kmarkosova@corrcronin.com
Todd T. Williams
Email: twilliams@corrcronin.com
Corr Cronin Michelson Baumgardner
Fogg & Moore
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on this 24th Day of May, 2018. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 24th day of May, 2018.

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Counsel for Plaintiffs-Appellants*